[No. 72205-1-I. Division One. July 27, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. KEVIN DAVID DILTZ, *Appellant*.

 by unpublished opinion per Schindler, J., concurred in by Becker and Lau, JJ.

[Nos. 72225-5-I; 72520-3-I. Division One. July 27, 2015.]

KARL BENZ ET AL., *Appellants*, v. JOHN RASHLEIGH ET AL., *Respondents*.

 by unpublished opinion per Spearman, C.J., concurred in by Leach and Verellen, JJ.

[No. 72227-1-I. Division One. July 27, 2015.]

CAMILLE PALMER, *Appellant*, v. RAINBOW FACTORY SHOWROOMS, LLC, *Respondent*.

 by unpublished opinion per Dwyer, J., concurred in by Becker and Appelwick, JJ.

[No. 72265-4-I. Division One. July 27, 2015.]

TEMPLAR LABEL GROUP, INC., *Plaintiff*, v. SUB POP, LTD., *Respondent*, ANTHONY E. McNAMER, *Appellant*.

 by unpublished opinion per Leach, J., concurred in by Spearman, C.J., and Verellen, J.